# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FILIPPO CARDONE<br><br>Defendant. | Case No.:<br><br>Case: 2:23-cr-20598<br>Assigned To : Friedman, Bernard A.<br>Referral Judge: Grand, David R.<br>Assign. Date : 10/25/2023<br>Description: SEALED MATTER (DJ) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

*18 U.S.C. §1343 – Wire Fraud*

1. Beginning in approximately May 2018 and continuing through approximately November 2019, in Washtenaw County, in the Eastern District of Michigan, and elsewhere, defendant FILIPPO CARDONE knowingly devised and executed a scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses, representations and promises. For the purpose of executing his scheme, CARDONE transmitted and caused to be transmitted by means of wire or radio communication in interstate and foreign commerce, writings, signs, signals, pictures and sounds.

2. CARDONE purported to be a dealer in cryptocurrency, specifically bitcoin, and represented to the victims of his scheme that he would provide them with bitcoin in exchange for wire transfers of cash.

3. Despite these representations, CARDONE never transferred bitcoin to his victims, nor had any intention of transferring them bitcoin. CARDONE made material misrepresentations to his victims knowingly and acted with intent to defraud.

4. Victims of CARDONE transferred, either directly or indirectly, to either CARDONE or his intermediaries, at least $723,500 during the course of the scheme. On each of these occasions, the victims were falsely promised that they would receive bitcoin in return.

5. The following describes four wire transfers associated with CARDONE's scheme.

   a. In May of 2018, M.A. transferred $94,000 via interstate wire transfer from Michigan to a Florida individual who received the funds on behalf of CARDONE. These funds originated from a victim in Canada, who believed that they were purchasing Bitcoin from CARDONE using M.A. as an intermediary.

   b. In November of 2018, W.T. transferred $45,000 via interstate wire transfer from Michigan to a Florida individual who

  received the funds on behalf of CARDONE. These funds originated from victim J.P, who believed that he was purchasing bitcoin from "Michael Ehab" using W.T. as an intermediary. "Michael Ehab" was an alias of CARDONE.

 c. In December of 2018, victim A.S. transferred $77,500 via wire transfer to CARDONE, who was again using the alias of "Ehab."

 d. In November of 2019, M.S., located in Michigan, received on behalf of CARDONE three interstate wire transfers totaling $500,000 from victim S.M., who was located in Nevada. S.M. believed that he was purchasing bitcoin from "Phillip Greco," using M.S. as an intermediary. "Phillip Greco" was an alias of CARDONE.

6. All in violation of 18 U.S.C. §1343

## **FORFEITURE**

*18 U.S.C. §981(a)(1)(C) & 28 U.S.C. §2461*

7. Upon conviction of the offense in violation of Title 18, United States Code, Section 1343, as set forth in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461, any property, real or personal, which constitutes or is derived from, any proceeds obtained, directly or indirectly, as a result of such violation.

8. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

   (a)   Cannot be located upon the exercise of due diligence;

   (b)   Has been transferred or sold to, or deposited with, a third party;

   (c)   Has been placed beyond the jurisdiction of the Court;

   (d)   Has been substantially diminished in value; or

   (e)   Has been commingled with other property that cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, Section 2461, to seek to forfeit any other property of defendant's up to the value of the forfeitable

property described, and in addition, to require the defendant to return any such property to the jurisdiction of the Court for seizure and forfeiture.

9. All pursuant to Title 18, United States Code, Sections 981(a)(1)(C) & Title 28, United States Code, Section 2461(c).

THIS IS A TRUE BILL

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
UNITED STATES ATTORNEY

*s/John K. Neal*
John K. Neal
Assistant United States Attorney
Chief, White Collar Crime Unit

*s/Timothy J. Wyse*
Timothy J. Wyse
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI 48226

Dated: October 25, 2023


ORIGINAL

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case: 2:23-cr-20598<br>Assigned To : Friedman, Bernard A.<br>Referral Judge: Grand, David R.<br>Assign. Date : 10/25/2023<br>Description: SEALED MATTER (DJ) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it

### Companion Case Information

| | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: TJW |

**Case Title:** USA v. FILIPPO CARDONE

**County where offense occurred:** Washtenaw and elsewhere

**Check One:**  ☒ Felony   ☐ Misdemeanor   ☐ Petty

   ✓ Indictment/____Information --- **no** prior complaint.
   ____Indictment/____Information --- based upon prior complaint [Case number:             ]
   ____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

### Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

October 25, 2023
Date

s/Timothy J. Wyse
Timothy J. Wyse
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9144
Fax:    (313) 226-2873
E-Mail address: timothy.wyse@usdoj.gov
Attorney Bar #:

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.